United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE OLIVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>Defendants. | Case No. 16-cv-00410-JSW<br><br>**ORDER REGARDING MOTION TO DISMISS FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS AND INSTRUCTIONS TO COUNSEL**<br><br>Re: Dkt. No. 12 |

On April 22, 2016, Defendant Mortgage Electronic Registration Systems ("MERS") filed a motion to dismiss. (Docket No. 12.) That motion was filed by Charles W. Nunley, II, Esq. of Malcolm Cisneros. Under Northern District Civil Local Rule 7-3(a), the opposition to that motion should have been due on May 6, 2016. No such opposition was filed.

However, on May 6, 2016, after the case was reassigned to the undersigned Judge, a new motion to dismiss was filed on behalf of all Defendants, including MERS, by Gurinder S. Grewal, Esq., of Severson & Werson. (Docket No. 21.) There is no indication in the record that Mr. Grewal and Severson & Werson have been substituted as counsel in place of Mr. Nunley and Malcolm Cisneros. On May 20, 2016, Plaintiff filed an opposition to the May 6, 2016 motion to dismiss.

Finally, no counsel has e-filed a notice of appearance pursuant to Civil Local Rule 5-1(c)(2).

Accordingly, Defendants are HEREBY ORDERED to file a joint status report addressing the following two issues:

1. Who currently represents MERS?

     2.     What is the current status of the motion to dismiss filed at docket no. 12?

The Joint Status Report shall be due by June 1, 2016.  Also by June 1, 2016, all parties must carefully review the docket in this case, the Local Rules, and this Court's Standing Orders, and must file:

     1.     Any stipulation and proposed order, administrative motion, or notice that is required under Civil Local Rules 5-1(c)(2) and 11-5 due to the appearance, substitution, and/or withdrawal of counsel; and

     2.     Any notice of withdrawal of any pending motion.  *See* N.D. Cal. Civil L.R. 7-7(e).

Finally, going forward, all parties and their counsel shall carefully comply with the rules and orders of this Court.

**IT IS SO ORDERED.**

Dated:  May 25, 2016

_____
JEFFREY S. WHITE
United States District Judge