E-FILED: June 1, 2016

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| CELESTE OLIVAREZ,<br><br>                          Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; VERIPRISE PROCESSING SOLUTIONS, LLC; and U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2006-4, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-4,<br><br>                          Defendants. | Case No.: 3:16-cv-00410-~~WHO~~ JSW<br><br>*Hon. Jeffrey W. White*<br><br>~~[PROPOSED]~~ ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |

The withdrawal of Malcolm Cisneros, A Law Corporation as counsel for Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and substitution of Severson & Werson as counsel for Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. is approved.

///

///

1

~~[PROPOSED]~~ ORDER RE: WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**IT IS SO ORDERED.**

Dated: June 1, 2016

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: WITHDRAWAL AND SUBSTITUTION OF COUNSEL