UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE OLIVAREZ,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>Defendants. | Case No. 16-cv-00410-JSW<br><br>**ORDER DIRECTING PLAINTIFF TO FILE RED-LINE VERSION OF AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 35, 36 |

On July 1, 2016, Plaintiff filed her amended complaint. On July 14, 2016, Defendant filed a motion to dismiss. In order to assist the Court in resolving the motion to dismiss, Plaintiff is HEREBY ORDRED to submit a red-line version of her amended complaint when she files the opposition to Defendant's motion.

**IT IS SO ORDERED.**

Dated: July 18, 2016

_____
JEFFREY S. WHITE
United States District Judge